# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES P. SOTIRKYS, ) | **Case No.: 1:11-cv-10117** |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **(Unlawful Debt Collection Practices)** |
| ) | |
| ACCOUNT CONTROL ) | |
| TECHNOLOGY, INC., ) | |
| Defendant. ) | |

### NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

    NOTICE IS HEREBY GIVEN that the above-captioned case has been

DISMISSED with prejudice.


/S/ Angela K. Troccoli
Angela K. Troccoli, Esquire, BBO# 651593
Kimmel & Silverman, PC
*The New England Office*
60 Hartford Pike, PO Box 325
Dayville, CT 06241

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of May 2011, that a copy of the aforegoing Notice of Voluntary Dismissal was e-filed and sent by electronic mail to:

David Stocker
Account Control Technology, Inc
6918 Owensmouth Ave.
Canoga Park, CA 91303
Dstocker@accountcontrol.com

/S/ Angela K. Troccoli
Angela K. Troccoli, Esquire, BBO# 651593
Kimmel & Silverman, PC
*The New England Office*
60 Hartford Pike, PO Box 325
Dayville, CT 06241